SADIE APPEL, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

Argued February 24, 1941; decided March 13, 1941.

*Borris M. Komar* for appellant.

*Philip L. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.